*Timothy S. Hollister* and *Ryan K. McKain*, in support of the petition.

*Robert A. Fuller*, in opposition.

Decided May 6, 2008

JAMES J. WILTZIUS *v.* ZONING BOARD OF APPEALS OF THE TOWN OF NEW MILFORD ET AL.

The petition by the defendants Garden Homes Management Corporation and Sixth Garden Park Limited Partnership for certification for appeal from the Appellate Court, 106 Conn. App. 1 (AC 27789), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Timothy S. Hollister* and *Ryan K. McKain*, in support of the petition.

*Robert A. Fuller*, in opposition.

Decided May 6, 2008

BOBBY PETERSON *v.* COMMISSIONER OF CORRECTION

The petitioner Bobby Peterson's petition for certification for appeal from the Appellate Court, 106 Conn. App. 778 (AC 28154), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Laljeebhai R. Patel*, special public defender, in support of the petition.

*James M. Ralls,* senior assistant state's attorney, in opposition.

Decided May 6, 2008